**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

**MARY-JO HYLDAHL,**

       Plaintiff,                     **CASE NO.: 07-14948**
                                          **HON.: THOMAS LUDINGTON**

v.

**MICHIGAN BELL TELEPHONE COMPANY,**

       Defendant.

_____/

## JUDGMENT

      The above entitled cause having come on for Trial and the jury having by its answers on the Verdict Form returned a unanimous verdict for the Plaintiff, and the Court being fully advised in the premises, now therefore in accordance with said verdict:

      IT IS HEREBY ORDERED AND ADJUDGED that Judgment be entered in favor of the Plaintiff, Mary-Jo Hyldahl, and against the Defendant, AT&T, in the amount of $278,427.02 ($127,895.56 before the date of the verdict, and $150,531.46 after the date of the verdict).

      Plaintiff will file a Motion for Attorney Fees and Interest pursuant to the time limits provided for pursuant to the Federal Rules of Civil Procedure.

      **IT IS SO ORDERED.**

                            s/Thomas L. Ludington_____
                            THOMAS L. LUDINGTON
                            United States District Judge

Dated: January 26, 2009

Approved as to form only:

                        LAW OFFICE OF JULIE A. GAFKAY, PLC

Dated: 1/19/09                    s/ Julie A. Gafkay
                        JULIE A. GAFKAY (P53680)
                        KATHERINE S. GARDNER (P59050)
                        Attorneys for Plaintiff
                        160 S. Main Street, Suite 4
                        Frankenmuth, MI 48734
                        (989) 652-9240

                        LINDNER & MARSACK, S.C.

Dated: 1/19/09                    s/Laura A. Linder    (w/consent)
                        LAURA A. LINDNER
                        Attorney for Defendant
                        411 E. Wisconsin Ave., Suite 1800
                        Milwaukee, WI 53202
                        (414) 273-3910

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 26, 2009.

s/Tracy A. Jacobs
TRACY A. JACOBS